**UNITED STATES of America, Appellee,**

v.

**Joel J. KNOTT, Appellant.**

No. 06–3202.

United States Court of Appeals, Eighth Circuit.

Submitted: April 18, 2007.

Filed: April 19, 2007.

of Iowa.

1. Michael J. Astrue has been appointed to serve as Commissioner of Social Security and is substituted as the appellee pursuant to Federal Rule of Appellate Procedure 43(c)(2).

David W. Stempson, U.S. Attorney's Office, Lincoln, NE, for Appellee.

Michael J. Hansen, Federal Public Defender's Office, Joel J. Knott, Lincoln, NE, for Appellant.

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

PER CURIAM.

After Joel Knott pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g), the district court[1] sentenced him to a year and a day in prison and two years of supervised release. On appeal, he argues that the district court erred by declining his request to apply U.S.S.G. § 2K2.1(b)(2), which provides a reduced base offense level to felon-in-possession defendants who possess firearms solely for collection purposes. Given the state of the record and the fact that it was Knott's burden to prove his entitlement to the reduced base offense level, we conclude that the district court did not clearly err by determining that Knott (or alternatively, the owner of the shotgun that Knott possessed) did not possess the firearm solely for collection purposes. *See United States v. Lussier*, 423 F.3d 838, 843 (8th Cir.2005) (burden of proof and standard of review; clear error does not occur when evidence supports two reasonable inferences), *cert. denied*, —— U.S. ——, 126 S.Ct. 1120, 163 L.Ed.2d 926 (2006). Accordingly, we affirm the judgment of the district court.

---

[1]. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.